2952. CARTER-PATTERSON DETECTIVE AGENCY *v.* HARRIS.

POWELL, J. The plaintiff proved a prima facie case of liability against the defendant on the account sued on. The defendant did not contradict by his evidence the fact that the services sued for were rendered, but set up a failure of consideration, which he failed to prove. The judgment in favor of the defendant was without evidence to support it.

*Judgment reversed.*

DECIDED JUNE 7, 1911.

Complaint; from city court of Franklin—Judge Loftin. August 13, 1910.

*W. C. Hodnett,* for plaintiff.

*D. B. Whitaker,* for defendant.